No. 74–61. NILES SAND & GRAVEL CO., INC., ET AL. *v.* ALAMEDA COUNTY WATER DISTRICT. Ct. App. Cal., 1st

App. Dist.  Certiorari denied.